UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KULWANT SINGH GILL,<br><br>    Defendant | No. 2:08-cr-00107-LKK<br>No. 2:06-cr-00312-LKK<br><br>**ORDER** |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED THAT the sentencing in these matters be continued to March 27, 2012 in order to complete preparation of the Pre-Sentence Report in this matter. The parties have stipulated to continue the sentencing in this matter to March 27, 2012 in order to allow Mr. Gill to liquidate his share of his family's property in India for the purposes of providing the maximum possible restitution to the victims in this matter.

The schedule, if approved by this Court, would be as follows:

Judgment and Sentencing date:     3/27/2012

Motion for Correction of the Presentence Report shall
be filed with the Court and served on the Probation
Officer and opposing counsel no later than:     3/13/2012

The Presentence Report shall be filed with the Court
and disclosed to counsel no later than:     2/26/2012

Counsel's written objections to the Presentence Report

| | shall be delivered to the Probation Officer and opposing counsel no later than: | 2/19/2011 |

Dated: February 1, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT